UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.1:14-cr-00207-PLM |
| ) | |
| v. ) | Honorable Paul L. Maloney |
| ) | |
| MAURICIO BANDA-RAMIREZ, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Defendant appeared before me on November 19, 2014, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered. I also note that defendant is subject to a detainer by Immigration and Customs Enforcement.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 20th day of November, 2014.

/s/ Phillip J. Green
United States Magistrate Judge